**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 25, 2013 | Probation: | Sergio Garza |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **12-cr-00283-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Ryan T. Bergsieker

        Plaintiff,

v.

**1.  DANIEL IVAN ASHBY**,                    Forrest W. Lewis

        Defendant.

**SENTENCING**

**11:06 a.m.**     Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - Thursday, October 4, 2012, at 2:00 p.m.**
> **Plea of Guilty - Count 2 of Indictment.**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

11:07 a.m.     Statement on behalf of Probation (Mr. Garza).

11:10 a.m.     Statement and argument on behalf of Defendant (Mr. Lewis).

11:13 a.m.     Statement on behalf of defendant by Kathryn Ingram.

11:17 a.m.     Statement on behalf of Defendant (Mr. Lewis).

11:19 a.m.     Statement on behalf of defendant by his wife, Kristie Ashby.

11:24 a.m.     Statement and argument on behalf of Defendant (Mr. Lewis).

11:29 a.m.     Statement on behalf of Government (Mr. Bergsieker).

11:31 a.m.     Statement by Defendant on his own behalf (Mr. Ashby).

               Court makes findings.

**ORDERED:**   Defendant's Unopposed Motion for below Advisory Guidelines Sentence
               (Variance) (ECF Doc. No. 40), filed January 10, 2013, is **GRANTED.**

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc.
               37), filed December 27, 2012, is **GRANTED.**

               Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant be **imprisoned** for **90** months.

**Court STRONGLY RECOMMENDS that the Bureau of Prisons place the defendant at an
appropriate facility within the state of Colorado to be in close proximity to his family.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised
               release** for a period of **5** years.

**ORDERED: Conditions** of **Supervised Release** are:

   (X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant
           shall report in person to the probation office in the district to which the defendant
           is released.

   (X)     Defendant shall not commit another federal, state or local crime.

   (X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)     Defendant shall comply with standard conditions adopted by the Court.

   (X)     Defendant shall not unlawfully possess a controlled substance.

   (X)     The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d),
           because the presentence report indicates a low risk of future substance abuse
           by the defendant.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the
        probation officer.  The defendant shall register with the state sex offender
        registration agency in the state where the defendant resides, works, or is a
        student, as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall participate in and successfully complete an approved
        program of sex offender evaluation and treatment, which may include polygraph,
        plethysmograph and Abel examinations, as directed by the probation officer.
        The defendant will be required to pay the cost of these evaluations and
        treatment.  The defendant shall comply with the rules and restrictions specified
        by the treatment agency.  The Court authorizes the probation officer to release
        psychological reports and/or the presentence report to the treatment agency for
        continuity of treatment.

(X)     The defendant's use of computers and Internet access devices shall be limited
        to those the defendant requests to use, and which the probation officer
        authorizes.  The defendant shall submit his person, and any property, house,
        residence, vehicle, papers, computer, other electronic communications or data
        storage devices or media, and effects to search at any time, with or without a
        warrant, by any law enforcement or probation officer with reasonable suspicion
        concerning a violation of a condition of supervised release or unlawful conduct
        by the person, and by any probation officer in the lawful discharge of the
        officer's supervision functions.

(X)     The defendant shall allow the probation officer to install software/hardware
        designed to monitor computer activities on any computer the defendant is
        authorized by the probation officer to use.  The software may record any and all
        activity on the computer, including the capture of keystrokes, application
        information, Internet use history, email correspondence, and chat conversations.
        A notice will be placed on the computer at the time of installation to warn others
        of the existence of the monitoring software on the computer.  The defendant
        shall not attempt to remove, tamper with, reverse engineer, or in any way
        circumvent the software/hardware.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be
        paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of
        incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government's Motion to Dismiss Count One of the Indictment at Time of Sentencing (ECF Doc. No. 36), filed December 27, 2012, is **GRANTED.**

    Order Granting United States' Motion to Dismiss Count One of the Indictment is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant's bond is **REVOKED.**

**ORDERED:**    Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:50 a.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :44**